Andrew S. Friedman (005425)
afriedman@bffb.com
Francis J. Balint, Jr. (007669)
fbalint@bffb.com
William F. King (023941)
bking@bffb.com
**BONNETT FAIRBOURN FRIEDMAN
  & BALINT, P.C**.
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| William Eves, individually and on behalf of all others similarly situated, | **Case No.** |
| Plaintiff | **CLASS ACTION COMPLAINT** |
| vs. | JURY TRIAL DEMANDED |
| Nikola Corporation, Trevor R. Milton, Mark A. Russell, and Kim Brady, | |
| Defendants. | |

Plaintiff William Eves ("Plaintiff"), by and through his attorneys, alleges the following on personal knowledge as to his own acts, and upon information and belief as to all other matters, based upon the investigation conducted by and through his counsel, which includes, among other things, a review of documents filed by Defendants with the United States Securities and Exchange Commission ("SEC"), news and analyst reports, press releases issued by Defendants, and other publicly available documents. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## **NATURE OF THE ACTION**

1.      This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Nikola securities between June 4, 2020 and September 9, 2020, inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against Nikola Corporation ("Nikola" or the "Company") and certain of its top officials.

2.      Nikola purports to be a "vertically integrated zero emissions transportation systems provider that designs and manufactures state of the art battery electric and hydrogen electric vehicles, electric vehicle drivetrains, energy storage systems, and hydrogen fueling stations." The Company purports to design and manufacture battery-electric and hydrogen-electric vehicles, electric vehicle drivetrains, vehicle components, energy storage systems, and hydrogen fueling station infrastructure. The Company also

purports to develop electric vehicle solutions for military and outdoor recreational applications.

3.    Nikola was founded in 2015 by Defendant Trevor Milton ("Milton"), and in June 2020, the Company's securities began publicly trading on the NASDAQ after the execution of a reverse merger with VectoIQ Acquisition Corp.

4.    In violation of the Exchange Act, Nikola misled investors as to, among other things: (1) the present capabilities and manufacturability of the Company's purported fleet of vehicles; (2) the Company's professed manufacture of component parts for those vehicles in-house; (3) the Company's capacity and costs to produce hydrogen; and (4) Nikola's financial, technological, and operational profile. These misrepresentations were intended to, and did, present a materially false image of the Company's growth and success, and has led to inflated financial results and the artificial inflation of the Company's stock price.

5.    Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Defendant Milton had repeatedly misrepresented and/or exaggerated Nikola's financial, technological, and operational profile; (ii) the foregoing misrepresentations were intended to, and did, present a materially false image of the Company's growth and success, thereby artificially inflating the Company's stock price; (iii) the foregoing misrepresentations were foreseeably likely to subject the Company to enhanced regulatory scrutiny and/or enforcement, along with reputational harm when the

truth came to light; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

6.      On September 10, 2020, Hindenburg Research ("Hindenburg"), a company that specializes in forensic financial research, published a scathing report entitled, "Nikola: How to Parlay An Ocean of Lies Into a Partnership With the Largest Auto OEM in America". The Hindenburg Report indicated that Hindenburg had gathered "extensive evidence—including recorded phone calls, text messages, private emails and behind-the-scenes photographs," and Hindenburg represented that it had identified "dozens of false statements by" Defendant Milton. In the Report, Hindenburg concluded that Nikola was "an intricate fraud built on dozens of lies over the course of its Founder and Executive Chairman Trevor Milton's career." The Hindenburg Report stated that Milton had made these misrepresentations to substantially grow the Company and secure partnerships with top auto companies. The Hindenburg Report concluded that "[w]e have never seen this level of deception at a public company, especially of this size."

7.      On this news, the Company's stock price fell $4.80 per share, or 11.33%, to close at $37.57 per share on September 10, 2020. The stock continued to fall on this news to a September 11, 2020 close of $32.13 per share, a two day drop of approximately 24%.

8.      On September 14, 2020, after the markets had closed, *Bloomberg* reported that the SEC was investigating Nikola to assess the merits of the Hindenburg Report.

9.      On September 14, 2020, Nikola issued a response to the Hindenburg Report attempting to deny some, but not all, of the allegations in the report.

10.     Then, on September 15, 2020, the *Wall Street Journal* reported that the United States Department of Justice ("DOJ") was also investigating Nikola.

11.     Also on September 15, Hindenburg released a second report addressing Nikola's response, including highlighting many of the allegations from the Hindenburg Report that Nikola had failed to dispute.

12.     On this news, Nikola's stock fell an additional $0.17 per share during intra-day trading, to close at $32.83 on September 15, 2020, an 8.27% decline from its previous close on September 14, 2020.

13.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

14.     The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

15.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act.

16.     This Court has jurisdiction over each Defendant named herein because each Defendant is an individual or corporation who has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by the District Court permissible under traditional notions of fair play and substantial justice.

17.     Venue is proper in this District pursuant to § 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1931(b), as the Company has its principal executive offices located in this District and conducts substantial business here.

18.     In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## PARTIES

19.     Plaintiff is a resident of Port Jefferson, New York. As set forth in the attached Certification, Plaintiff acquired Nikola securities at artificially inflated prices during the Class Period and has been damaged.

20.     Defendant Nikola is a Delaware corporation with its principal executive offices in Phoenix, Arizona. The Company purports to operate as an integrated zero-emissions transportation systems provider. The Company's common stock trades on the NASDAQ under the ticker symbol "NKLA."

21.     Defendant Trevor Milton ("Milton") is Nikola's founder and has served as the Company's Executive Chairman at all relevant times. Milton was also the former Chief Executive Officer of the Company.

22.     Defendant Mark A. Russell ("Russell") has served as Nikola's President and Chief Executive Officer at all relevant times.

23.     Defendant Kim J. Brady ("Brady") has served as Nikola's Chief Financial Officer at all relevant times.

24.     Defendants Milton, Russell, and Brady are sometimes referred to herein as the "Individual Defendants."

25.     The Individual Defendants possessed the power and authority to control the contents of Nikola's SEC filings, press releases, and other market communications. The

Individual Defendants also were provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Based on their positions with Nikola as well as their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. Therefore, the Individual Defendants are liable for the false statements and omissions alleged herein.

26.    Nikola and the Individual Defendants are collectively referred to herein as "Defendants."

## **SUBSTANTIVE ALLEGATIONS**

27.    Founded in 2015, Nikola purports to be a "vertically integrated zero emissions transportation systems provider that designs and manufactures state of the art battery electric and hydrogen electric vehicles, electric vehicle drivetrains, energy storage systems, and hydrogen fueling stations." Nikola has stated that its "core product offering includes battery electric and hydrogen fuel cell electric trucks and hydrogen fuel." The Company also purports to develop electric vehicle solutions for military and outdoor recreational applications.

28.    The Company operates in three business units: Truck, Energy, and Powersports. Nikola has stated that: "[t]he Truck business unit is developing and commercializing BEV [battery electric vehicle] and FCEV [fuel cell electric vehicle] Class 8 trucks that provide environmentally friendly, cost effective solutions to the short

haul and long haul trucking sector. The Energy business unit is developing and constructing a network of hydrogen fueling stations to meet hydrogen fuel demand for our FCEV customers. The Powersports business unit is developing electric vehicle solutions for military and outdoor recreational applications."

*Materially False and Misleading Statements Issued During the Class Period*

29.    On June 4, 2020, the beginning of the Class Period, Nikola merged with VectoIQ Acquisition Corp., an already existing, publicly-listed acquisition company. Under the terms of the agreement, VCTIQ Merger Sub Corp., a wholly-owned subsidiary of VectoIQ, would merge into and with Nikola, with Nikola surviving the merger and becoming a wholly-owned direct subsidiary of VectoIQ. At the closing of the business combination, each outstanding share of Nikola common stock, was canceled and automatically converted into the right to receive 1.901 shares of VectoIQ. On June 2, 2020, VectoIQ's stockholders approved the business combination, which approval was announced on June 3, 2020. Shares of NKLA stock began being publicly traded on the NASDAQ stock exchange on June 4, 2020.

30.    On June 6, 2020, some skeptics began questioning what Nikola had actually developed. In a series of tweets, Milton stated: "[a]ll the technology, software, controls, E axle, inverters etc we do internally. We joint venture with those that know the supply chain and manufacturing like Iveco. We outsource autonomy. We outsource hardware production."

31.    On July 1, 2020, facing questions over what the Company was developing, Milton also tweeted: "[w]e don't make the cells. We make the entire pack like the top guys do. We do have an OEM making our truck but all internals are Nikola's IP; batteries,

inverters, software, ota, infotainment, controls, etc. We own it all in house. Just not the plant to build the truck."

32.    On July 5, 2020, Milton tweeted the following about the Company's in-house capabilities: "All major components are done in house; batteries, inverters, software, controls, infotainment, over the air, etc, you don't care about the truth you're just out to be a keyboard warrior."

33.    On July 14, 2020, Nikola posted a video walking through the powertrain for the Nikola Two model. Milton described Nikola's in-house inverters and how other Original Equipment Manufacturers (OEMs) are asking to use the Company's proprietary inverter technology, stating: "[w]e do all the e-axle design in house. All the gears, the gear reductions. . . . And, also, the inverters as well. All inverters on the Nikola truck are probably some of the most advanced software systems that I know of anywhere in the automotive world. Why do I know that? It's because other OEMs are asking us to use it."

34.    On July 15, 2020, Milton tweeted a video, with the caption: "0-60 in under 5 seconds in the #nikolatwo hydrogen semi truck. Damn that was fast! Edited /professional content coming soon for everyone but here's my raw cell phone behind the scene." Milton added that Nikola would be "posting Go Pro video that's being edited, etc. Be up soon showing 0-60 camera time, outside view and also side by side against a diesel truck. This is just a teaser shot," and "[c]oming next month in the edited professional videos with side by side comparisons to diesel and 0-60 times." The Company did not release any of these promised videos.

35.    On July 17, 2020, Nikola filed a prospectus on Form 424B3 with the SEC (the "July 17, 2020 Prospectus") to offer up to 53,390,000 shares of common stock and

up to 23,890,000 shares of common stock issuable upon the exercise of warrants. In the

Prospectus, the Company stated, in relevant part:

> We are a vertically integrated zero-emissions transportation solution provider that designs and manufactures state-of-the-art battery-electric and hydrogen fuel cell electric vehicles, electric vehicle drivetrains, energy storage systems, and hydrogen fueling stations. Our core product offering is centered around our battery-electric vehicle ("BEV") and hydrogen fuel cell electric vehicle ("FCEV") Class 8 semi-trucks. The key differentiator of our business model is our planned network of hydrogen fueling stations. We are offering a revolutionary bundled lease model, which provides customers with the FCEV truck, hydrogen fuel, and maintenance for a fixed price per mile, locks in fuel demand and significantly de-risks infrastructure development.

36.    The July 17, 2020 Prospectus went on to tout the Company's purported

performance in its three business units, stating, in relevant part:

> The Truck business unit is developing and commercializing battery-electric vehicle ("BEV") and hydrogen fuel cell electric vehicle ("FCEV") class 8 trucks that provide environmentally friendly, cost-effective solutions to the short haul and long-haul trucking sector. The Energy business unit is developing and constructing a network of hydrogen fueling stations to meet hydrogen fuel demand for FCEV customers. The Powersports business unit is developing electric vehicle solutions for military and outdoor recreational applications.

37.    In addition, in a section entitled, "Who We Are," the July 17, 2020

Prospectus stated, in relevant part:

> Nikola's vision is to be the zero-emissions transportation industry leader. We plan to realize this vision through world-class partnerships, groundbreaking R&D, and a revolutionary business model.
>
> ***
>
> We believe our station network will provide a competitive advantage and help accelerate the adoption of our FCEVs. We believe our product portfolio and hydrogen fueling network provides a key strategic advantage that differentiates Nikola from competitors and

will allow us to disrupt the estimated $600 billion global heavy-duty commercial vehicle and the related fueling and maintenance ecosystems.

38.     The July 17, 2020 Prospectus further stated, in relevant part, "Nikola's unique bundled lease which includes the FCEV truck, fuel, and maintenance, will allow us to expand our total addressable market significantly when compared to traditional OEMs[,]" and that, "[g]lobally, the total addressable market ("TAM"), is estimated to be a $600 billion per-year with steady growth expected to continue as e-commerce and global economic growth fuel the need for more heavy-duty trucks."

39.     The July 17, 2020 Prospectus also included a discussion of the Company's products, stating, in relevant part:

As the commercial transportation sector transitions towards zero-emission solutions, we believe there will be a need to offer tailored solutions that meet the needs of each customer. Unlike the passenger vehicle market, where users typically return home each day, the commercial vehicle market contains multiple use cases often requiring vehicles to be out on the road for days, or weeks at a time. By offering both BEVs (for short-haul) and FCEVs (for medium- and long-haul), we believe Nikola is uniquely positioned to disrupt the commercial transportation sector by providing solutions that address the full range of customer needs.

***

We have developed an extensive portfolio of proprietary technologies that are embedded and integrated in our highly specialized BEV and FCEV zeroemission vehicles. In addition, we plan to leverage our zero-emission powertrain expertise to address transportation adjacencies as exemplified with our Powersports product offerings.

***

Our management team is primarily focused on the core semi-truck and hydrogen station programs. However, we believe that we can leverage our zeroemission powertrain expertise to address

transportation adjacencies. Our Powersports product offerings provide significant benefits to our core semi-truck and hydrogen station programs, including branding halo, driving awareness of Nikola and our industry-defining technology, and R&D synergies on electric drivetrain, battery technology, and other core components.

\*\*\*

In addition to building heavy-duty zero-emission trucks, Nikola is also developing fueling and charging stations in North America and Europe to support our FCEV fleet customers and to help capture first mover advantage with respect to next generation fueling infrastructure. Over the next 8 to 10 years, Nikola intends to collaborate with strategic partners to build up to 700 fueling and charging stations in North America and approximately 70 fueling and charging stations in Europe.

\*\*\*

Nikola's bundled lease includes maintenance for its vehicles. Service and maintenance of an electric vehicle is expected to be lower than the traditional ICE vehicle which has been proven in the electric passenger vehicle market. Fewer parts and considerably reduced complexity of the key drivetrain components should result in fewer breakdowns and less preventive maintenance, leading to better uptime and lower maintenance cost to operators. Reduced downtime could also lead to increased revenue for fleets as asset productivity increases.

\*\*\*

A key requirement for our fleet customers is knowing there is an available service infrastructure for the maintenance and repair of our vehicles. Nikola is building a strong network of providers, a robust preventive maintenance program, as well as several levels of service depending on the complexity and type of maintenance required.

Nikola's plans with respect to the service and maintenance of its vehicles is expected to include the following:

• Electric vehicles have a system of sensors and controls that allow for precise monitoring of the vehicle and component operation performance. We will use this data to provide smart predictive maintenance, which will decrease downtime and

costs by identifying a potential problem before it results in a breakdown.

• Nikola will have the ability to provide over the air updates and software fixes when the vehicle is stopped. This can significantly reduce the time for repair and improve uptime.

• In cases where a customer has their own maintenance infrastructure, we will identify and provide procedures for items that can be maintained at their shops. This could include procedures such as tire changes, wiper and windshield repair and brake servicing.

• In cases where the customer does not have a maintenance infrastructure or for more complex items, Nikola is leveraging its exclusive partner Thompson Caterpillar for maintenance and warranty work. Customers will have access to an already established network of 800 service stations as well as the ability to deploy a mobile service model. We will also support our partners with technologies like augmented reality and web-enabled video to support technicians for very complex tasks or newly identified issues.

• If a vehicle requires maintenance of a complex system such as the fuel cell or battery, some of those items can be swapped or replaced with relative ease. This allows us to repair the downed component in the background and minimize vehicle downtime. We are also planning to develop a network of trained technicians that can travel to a customer or service partner site as necessary.

40.     Finally, with respect to partnerships and suppliers, the July 17, 2020 Prospectus stated, in relevant part:

Nikola's vision will be realized through a revolutionary business model, groundbreaking R&D, disciplined execution, and world-class partnerships. Our business model is validated and supported by world-class strategic partnerships that significantly reduce execution risk, improve commercialization timeline, and provide a long-term competitive advantage. These world-class partners have accelerated our internal development, growth, and learning and have positioned us to revolutionize the transportation sector. We believe our partnerships help increase the depth and breadth of our competitive advantage as well.

> Our partnership philosophy is a recognition that the world's toughest challenges require bold solutions and a collaborative effort from multiple parties. Our goal is to provide zero-emission solutions to the transportation sector and to usher in next-generation grid solutions. With the help of our partners, we believe our chances of success are greatly improved. At Nikola, we are inspired by the knowledge that if we are successful, the whole world wins.

41.     Also on July 17, 2020, in an interview on the TeslaCharts podcast, Milton claimed that the Company had been able to "chop the cost of hydrogen from $16/kg down to – we're down below $3/kg on our hydrogen now." In the same podcast, Milton stated:

> We have the most advanced battery electric truck in the world. We have a truck coming into production right now with 720 kwh the largest battery we know of on a truck anywhere in the world coming into production. We have five of them coming off the assembly line right now in Ulm, Germany. They'll enter production end of next year-ish, somewhere around there.

42.     On July 22, 2020, the Company issued a notice of redemption for its public warrants, through which the Company expected to raise an additional $264.5 million in cash (23 million outstanding public warrants at an exercise price of $11.50).

43.     On July 27, 2020, Nikola filed a prospectus on Form 424B3 with the SEC (the "July 27, 2020 Prospectus"). The July 27, 2020 Prospectus contained substantively similar statements as those contained in the July 17, 2020 Prospectus, discussed above in ¶¶35-40.

44.     On August 1, 2020, Milton appeared on *Barron's Roundtable* on the Fox Business Channel. When asked about hydrogen, Milton stated:

> We saw an opportunity to bring the cost of hydrogen down going zero-emission and putting it on parity with diesel, and it's the first time in history that's been able to be done, so it went from about $16/kg and we are down now below $4/kg. And there's a lot of reasons for that, but the main one is standardization of a hydrogen

station worldwide has allowed us to drive that cost down dramatically. We tell people we're an energy technology company that happens to build really cool vehicles.

45.     On August 4, 2020, Nikola filed its Quarterly Report on Form 10-Q with the SEC ("2Q20 Form 10-Q"), reporting the Company's financial and operating results for the quarter ended June 30, 2020. The Company reported a net loss for the quarter of $86,643,000, and net loss per share of $0.33. In the accompanying press release filed on Form 8-K, Russell stated: "[i]n the second quarter of 2020, Nikola met predetermined milestones on our journey toward becoming the zero-emissions transportation leader in the global heavy truck market."

46.     The 2Q20 Form 10-Q stated, in relevant part:

> We are a vertically integrated zero emissions transportation systems provider that designs and manufactures state of the art battery electric and hydrogen electric vehicles, electric vehicle drivetrains, energy storage systems, and hydrogen fueling stations. To date, we have been primarily focused on delivering zero emission Class 8 trucks to the commercial transportation sector in the U.S. and in Europe. Our core product offering includes battery electric and hydrogen fuel cell electric trucks and hydrogen fuel.
>
> We operate in three business units: Truck, Energy and Powersports. The Truck business unit is developing and commercializing BEV and FCEV Class 8 trucks that provide environmentally friendly, cost effective solutions to the short haul and long haul trucking sector. The Energy business unit is developing and constructing a network of hydrogen fueling stations to meet hydrogen fuel demand for our FCEV customers. The Powersports business unit is developing electric vehicle solutions for military and outdoor recreational applications.
>
> In 2019, we partnered with Iveco, a subsidiary of CNHI, a leading European industrial vehicle manufacturing company. Together, Nikola and Iveco are jointly developing cab over BEV and FCEV trucks for sale in the European market which will be manufactured through a 50/50 owned joint venture in Europe. In April 2020, the Company and Iveco entered into a series of agreements which

established the joint venture, Nikola Iveco Europe B.V. Our joint venture with Iveco provides us with the manufacturing infrastructure to build BEV trucks for the North American market prior to the completion of our planned greenfield manufacturing facility in Coolidge, Arizona. The operations of the joint venture are expected to commence in the third quarter of 2020.

47.    Further, with respect to the Company's controls and procedures, the 2Q20 Form 10-Q stated:

**Evaluation of Disclosure Controls and Procedures**

We maintain a system of disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934 (the "Exchange Act") designed to ensure that the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the rules and forms of the Securities and Exchange Commission, and is accumulated and communicated to our management, including our Chief Executive Officer (our principal executive officer) and Chief Financial Officer (our principal financial officer), as appropriate, to allow timely decisions regarding required disclosure.

Our management, with the participation of our Chief Executive Officer and our Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures under the Exchange Act as of June 30, 2020, the end of the period covered by this Quarterly Report on Form 10-Q. Based on such evaluation, our Chief Executive Officer and our Chief Financial Officer have concluded that, as of such date, our disclosure controls and procedures were effective.

**Changes in Internal Control over Financial Reporting**

There were no changes in our internal control over financial reporting, as identified in connection with the evaluation required by Rule 13a-15(d) and Rule 15d-15(d) of the Exchange Act, that occurred during the three months ended June 30, 2020 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

48.     Russell and Brady signed certifications in connection with the 2Q20 Form 10-Q, pursuant to § 302 of the Sarbanes-Oxley Act of 2002, in which they certified that "[b]ased on [their] knowledge," the 2Q20 Form 10-Q "does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report."

49.     In the certifications, Russell and Brady also certified that "[b]ased on [their] knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report."

50.     On August 4, 2020, Nikola hosted an earnings call with investors and analysts to discuss the Company's financial and operating results for the second quarter of 2020 in which Russell and Brady participated. During the call, Russell praised the alleged operational performance of the Company, stating, in relevant part:

> Nikola is a vertically integrated zero emissions transportation systems provider. We design and manufacture battery electric and hydrogen fuel cell electric vehicles along with the battery charging systems and hydrogen fueling stations to power them. Our core global offering centers on heavy commercial trucks. Our long haul commercial transport solution is especially unique with a revolutionary bundled lease or freight-as-a-service model. We provide customers with a fuel cell electric truck, the hydrogen fuel it needs and the all scheduled maintenance for a fixed total cost.
>
> All the customer needs to provide is a driver. This approach has proven very attractive and many customers are finding that they will be able to transition to zero emissions without an increase in total cost compared to their current fossil fuel solution. Our fuel cell electric truck reservation book exceeded 14,000 units or approximately $10 billion in potential revenue sometime ago.

> Since then we focused our efforts on direct partnerships with customers, who have dedicated routes rolling out our hydrogen station network along corporate customers dedicated routes or milk runs allows us to guarantee a high degree of hydrogen station utilization and avoid speculative investments in fueling infrastructure. Stations are being developed based on known customer demand along established dedicated routes.

51.     On this call, a Deutsche Bank analyst asked: "I think that if there's one area maybe of questions or a little bit of skepticism is around some of the assumptions around your cost of electricity in the future when supplying hydrogen. Can you maybe give us some elements around – have you had discussions with electricity companies yet? Any sort of strong indication that this kind of input cost is actually realistic? Or that you would have partners who are willing to work with you on this?"

52.     Russell responded to this inquiry: "we can make hydrogen for about a decimal move [sic] or better on the cost of electricity. So, if we can get electricity to $0.035, then we should be able to make hydrogen at 350 a kilo or better, given our current technology and the current design of our stations. So, the key for us to have our target hydrogen cost is for us to get the electricity at the right cost."

53.     On the August 4, 2020, an analyst for RBC Capital Markets asked: "Can I squeeze in one more on Europe? IVECO talked about the JV you set up with them. Is everything you're going to do in Europe through this JV – I think it's for both battery and fuel cells. They also talked about this sort of complete turnkey offering for customers. Is that similar to your fuel-cell lease solution in the United States?" To this question, Russell responded:

> [T]he joint venture with IVECO is to produce trucks in Europe. So, we have a facility that's being modified for mass production of our trucks in Europe. It will start with the Tre battery electric vehicle first

and then it'll eventually add the fuel-cell version over there. And if we build those two versions of our vehicles out of the Ulm, Germany facility that we are just about to finish. We actually have the first five prototypes coming off the end of the facility at this point. And they'll go on the test track here in the next couple of months. And we'll go from there. So, that's the plan for Europe.

54.     On the call, when answering a question regarding whether the Company would expand beyond trucking and fuel stations, Russell stated:

Well . . . you have to trust us, as there's a lot more going on than you see in the announcements. As you know, we're talking to lots of folks. We were talking to lots of folks before, but now this seems like just about everybody in the world knows about us. We're having lots of conversations with lots of people. And when we are able to announce those publicly, we're going to do it just as Kim said. A lot of the people we're talking to would like to keep those conversations confidential for now.

And so that's one of the reasons we don't announce everything that we have going on. But when we have something that we can publicly announce and you're going to hear about it. I will make one additional to Kim's point before. There's going to be a lot of cool things in Nikola world. You want, you want to be there? We won't wait. If we have something that's material, of course, we're going to announce it. We're required to do that. But there's going to be a lot of cool stuff that happens in Nikola world. That's going to be a place.

55.     Finally, when asked a question regarding the grid and hydrogen's role in balancing the energy demand, Russell stated, in relevant part:

One of the great benefits of what Nikola is bringing to the world is the ability to balance the renewable energy that's coming into the grid.

***

So one of the great things that Nikola offers to the world is when we put these hydrogen stations in and we start to get a lot of them in there, it represents a tremendous amount of demand for electricity that can match up to the supply. So we can make a – we can make hydrogen when the electricity is available and then we don't have to add significant demand to the peak.

\*\*\*

> And so you got this mismatch between the peak of renewable production, if the wind happens to be blowing optimally around noon, and the sun always shines optimally at noon, then you've got way too much power at that point. And then but sometime around between four o'clock and seven o'clock you don't have enough. Well, guess what, when Nicola is there in bulk, which we're going to be in volume. We can take a lot of that extra power at the peak and turn it into hydrogen. And then we don't have to be pulling power when the rest of the grid needs it so badly at the peak of demand.

56.   On August 10, 2020, Nikola issued a press release entitled, "Nikola Receives Landmark Order of 2,500 Battery-Electric Waste Trucks from Republic Services." The press release quoted Milton, touting, in relevant part:

> "Nikola specializes in heavy-duty, zero-emission Class 8 trucks. The refuse market is one of the most stable markets in the industry and provides long-term shareholder value," said Nikola Founder and Executive Chairman Trevor Milton. "The Nikola Tre powertrain is ideal for the refuse market as it shares and uses the same batteries, controls, inverters and e-axle. By sharing the Tre platform, we can drive the cost down for both programs by using the same parts. You couldn't pick a better partner than Republic Services, a leader in long-term environmental sustainability and customer service. Republic Services will help us ensure the Nikola Tre meets customer and fleet lifecycle demands and we are excited to have them participate in the design process."

57.   The press release also quoted Russell, emphasizing the large order: "[t]his is a game changer," and that "[r]efuse truck customers have always ordered chassis from truck OEMs and bodies from other suppliers. Nikola has fully integrated the chassis and body, covering both with a single factory warranty. Trucks will include both automated side loaders and front-end loaders — all of which will be zero-emission."

58.   On August 13, 2020, Milton tweeted regarding Nikola's hydrogen production capabilities: "***We currently make our own green H2 for under $4 / kg.*** We

are open to others down the road but we have our stations going up and need to focus on completing ours first. Then we can work with others as we expand." (Emphasis added).

59.    On September 8, 2020, Nikola issued a press release announcing that it had formed a strategic partnership with General Motors. The press release quoted Milton, stating, in relevant part:

> "Nikola is one of the most innovative companies in the world. General Motors is one of the top engineering and manufacturing companies in the world. You couldn't dream of a better partnership than this," said Nikola Founder and Executive Chairman Trevor Milton. "By joining together, we get access to their validated parts for all of our programs, General Motors' Ultium battery technology and a multi-billion dollar fuel cell program ready for production. Nikola immediately gets decades of supplier and manufacturing knowledge, validated and tested production-ready EV propulsion, world-class engineering and investor confidence. Most importantly, General Motors has a vested interest to see Nikola succeed. We made three promises to our stakeholders and have now fulfilled two out of three promises ahead of schedule. What an exciting announcement."

60.    The statements by Defendants referenced in ¶¶30-50, 52-59 were materially false and misleading because Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Milton had repeatedly misrepresented and/or exaggerated Nikola's financial, technological, and operational profile; (ii) the foregoing misrepresentations were intended to, and did, present a materially false image of the Company's growth and success, thereby artificially inflating Nikola's stock price; (iii) the foregoing misrepresentations were likely to subject the Company to enhanced regulatory scrutiny and/or enforcement, along with reputational harm when the truth came to light;

and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

61.    Moreover, these statements were materially false and misleading because they failed to disclose, among other things, that: (1) the Company exaggerated and obscured the background and expertise of its primary employees; (2) the Company overstated Nikola's hydrogen production and "in-house" capabilities, such as its capacity to design, manufacture, and test its products; (3) the Company exaggerated its ability to reduce the cost of hydrogen fuel; (4) Milton exaggerated the Company's business operations and prospects, including through his tweets of deceptive video footage of the Company's "test" run of the Nikola Two truck; (5) contrary to Milton's representations, the Company did not in fact have five Nikola Tre trucks "coming off the assembly line right now"; and (6) the forgoing misrepresentations created a false and misleading picture of the Company that artificially inflated its stock price and subjected the Company to heightened regulatory scrutiny and exposure.

### _The Truth About Nikola Begins to Emerge_

62.    On September 10, 2020, short-seller Hindenburg published a report entitled, "Nikola: How to Parlay An Ocean of Lies Into a Partnership With the Largest Auto OEM in America." In the report, Hindenburg stated that it "gathered extensive evidence—including recorded phone calls, text messages, private emails and behind-the-scenes photographs—detailing dozens of false statements by Nikola Found Trevor Milton. We have never seen this level of deception at a public company, especially of this size." Based on this evidence, Hindenburg concluded that Nikola "is an intricate fraud built on dozen of lies over the course of its Founder and Executive Chairman Trevor Milton's career."

63.     By way of example, the Hindenburg Report alleged, among other things:

• We reveal how, in the face of growing skepticism over the functionality of its truck, Nikola staged a video called "Nikola One in Motion" which showed the semi-truck cruising on a road at a high rate of speed. Our investigation of the site and text messages from a former employee reveal that the video was an elaborate ruse—Nikola had the truck towed to the top of a hill on a remote stretch of road and simply filmed it rolling down the hill.

• In October 2019, Nikola announced it would revolutionize the battery industry. This was to be done through a pending acquisition, but the deal fell through when Nikola realized (a) the technology was vaporware and (b) the President of the battery company had been indicted months earlier over allegations that he conned NASA by using his expense account to procure numerous prostitutes.

***

• Inexpensive hydrogen is fundamental to the success of Nikola's business model. Trevor has claimed in a presentation to hundreds of people and in multiple interviews to have succeeded at cutting the cost of hydrogen by ~81% compared to peers and to already be producing hydrogen. Nikola has not produced hydrogen at this price or at any price as he later admitted when pressed by media.

***

• Trevor claims Nikola designs all key components in house, but they appear to simply be buying or licensing them from third-parties. One example: we found that Nikola actually buys inverters from a company called Cascadia. In a video showing off its "in-house" inverters, Nikola concealed the Cascadia label with a piece of masking tape.

***

• Nikola's much-touted multi-billion dollar order book is filled with fluff. U.S. Xpress reportedly accounts for a third of its reservations, representing ~$3.5 billion in orders. U.S. Xpress had only $1.3 million in cash on hand last quarter.

***

• Trevor has ensured he is not going down with the ship. He cashed out $70 million around the IPO and amended his share lock-up from

1-year to 180 days. If he is fired, his equity awards immediately vest and he is entitled to collect $20 million over two years. Milton has laid the groundwork to extract hundreds of millions from Nikola years before ever delivering on his promises.

64. The Hindenburg Report continued that "[c]laims of owning energy producing assets is not new for Nikola. [Milton] claimed that Nikola's headquarters has 3.5 megawatts of solar panels on its roof producing energy. Aerial photos of the roof and later media reports show that the supposed panels don't exist." Moreover, "[a]t one point Nikola claimed to own its own natural gas wells. There is no evidence in company filings to support this. The claims were eventually quietly removed from Nikola's website."

65. The Hindenburg Report quoted a number of interviews with Milton in 2020, where he claimed that Nikola had brought the cost of hydrogen down to below $3-$4/kg. In one of the interviews, Milton admitted that "Nikola's entire answer to bringing down the cost [of hydrogen] was to simply standardize a hydrogen station" and further acknowledged that the Company did not produce any hydrogen at all.

66. Milton made these various misrepresentations, the Hindenburg Report indicated, to substantially grow the Company and secure partnerships with top auto companies.

67. Moreover, although Defendants had stated that the Company had five Nikola Tre models "coming off the assembly line right now in Ulm, Germany," on September 9, 2020, Hindenburg spoke with Thorsten Schoenfeld, spokesman for Bosch's electro-mobility unit headquarters in Germany, who Hindenburg reported as having said "[n]o they are not ready yet. I don't know exactly the year but we're working on it." Mr. Schoenfeld added, when asked what Nikola had planned to show at the Hannover trade

fair, which was canceled due to the COVID-19: "[w]e would have shown different innovations and a kind of truck but not a real truck but a showcase."

68.    Hindenburg also wrote that it "learned through emails and interviews with former partners that Milton had an artist stencil "H2" and "Zero Emission Hydrogen Electric" on the side of the Nikola One despite it having no hydrogen capabilities whatsoever; it was built with natural gas components."

69.    The Hindenburg Report also indicated that the Company had been overstating its key employees' expertise and experience, including discussing how Nikola's Director of Hydrogen/Infrastructure was Milton's younger brother Travis, who previously worked as a construction subcontractor in Hawaii who paved driveways.

70.    The Hindenburg Report also discussed how the Company's Head of Infrastructure Development was previously CEO and General Manager of an Idaho golf club. Lastly, Nikola's Chief Engineer had "worked for 7 months designing oilfield products using CAD software, 3.5 years in software development, and prior to that spent 9 months repairing pinball machines."

71.    The Hindeburg Report went on to flag that "Nikola's key partners and backers have been cashing out aggressively. Worthington, Bosch and ValueAct have all sold shares. Worthington sold $237 million shares over a 2-day span in July and another $250 million in August." It also noted that Milton "cashed out $70 million around the IPO and amended his share lock-up from 1-year to 180 days. If he is fired, his equity awards immediately vest and he is entitled to collect $20 million over two years."

72.    On this news, Nikola's stock price fell $4.80 per share, or 11.33%, to close at $37.57 per share on September 10, 2020. Nikola's stock price continued to plummet,

closing at \$32.13 on September 11, 2020, down approximately 24% over two days from its September 9, 2020 closing price of \$42.37 per share.

73.    On September 14, 2020, after the market had closed, *Bloomberg* reported that the SEC was investigating Nikola in connection with the allegations in the Hindenburg Report.

74.    On September 14, 2020, Nikola also issued a press release attempting to refute the Hindenburg Report's allegations. Among other things, the Company attempted to defend the video it released of one of its trucks rolling down a hill, claiming Nikola "never said the truck was driving under its own propulsion" despite the video being entitled "In Motion."

75.    On September 15, 2020, the *Wall Street Journal* reported that the U.S. Department of Justice was investigating whether Nikola misled their investors as alleged in the Hindenburg Report.

76.    On September 15, 2020, before trading hours, Hindenburg published another report (the "Second Report"), which looked at Nikola's responses and non-responses to the Hindenburg Report. The Second Report was entitled "We View Nikola's Response As a Tacit Admission of Securities Fraud[.]"

77.    Among other things, the Second Report pointed out that (i) Nikola admitted that the Company's assertion that the inverters were developed in house was false and actually manufactured by Cascadia; (ii) Russell walked back the Company's prior claims to having vast proprietary technologies; (iii) the Company acknowledged that it had no hydrogen network and was simply hoping to develop one in the future; and (iv) the Company confirmed that its assembly line in Germany was still under construction, was

not operational and had not produced any prototypes, including the five Tre trucks that had previously been represented.

78.    The Second Report also pointed out dozens of questions Hindenburg had raised in its initial report that Nikola failed to address in its response, including the lack of work experience of its key personnel, questions about Nikola's hydrogen production and pricing capabilities and the various representations made in the video purporting to be one of Nikola's trucks going 0-60 mph.

79.    Following this news, Nikola's stock fell further to close at $32.83 on September 15, 2020, an 8.27% decline from its previous close on September 14, 2020.

80.    On September 21, 2020, Nikola issued a press release announcing that on September 20, 2020, Milton was stepping down as Executive Chairman of Nikola and as a member of its board of directors. Upon information and belief, Milton was forced out of the Company due to his involvement in the fraud.

81.    On this news, the Company's common stock fell further from closing at $34.19 per share on September 18, 2020 to close at $27.58 per share on September 21, 2020, a drop of $6.61 per share, or nearly 20%.

82.    As a result of Defendants' wrongful acts and omissions, and the sharp decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## CLASS ACTION ALLEGATIONS

83.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23 on behalf of a Class, consisting of all persons and entities who purchased or otherwise acquired Nikola securities during the Class Period (the "Class"). Excluded from

the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

84.    The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Nikola securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

85.    Plaintiff's claims are typical of the claims of the Class because Plaintiff and the Class were similarly affected by Defendants' wrongful conduct in violation of federal law as alleged herein.

86.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

87.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

a.    whether the federal securities laws were violated by Defendants' conduct alleged herein;

b.  whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Nikola;

c.  Whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

d.  whether the Individual Defendants caused Nikola to issue false and misleading financial statements during the Class Period;

e.  whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

f.  whether the prices of Nikola securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

g.  whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

88.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## **FRAUD ON THE MARKET**

89.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine that, among other things:

 a. Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

 b. the omissions and misrepresentations were material;

 c. The Company's securities are traded in an efficient market;

 d. the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

 e. the Company traded on the NASDAQ and was covered by multiple analysts;

 f. the misrepresentations and omissions alleged herein would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

 g. Plaintiff and members of the Class purchased, acquired and/or sold Nikola securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

90.     At all relevant times, the market for the Company's stock was efficient for the following reasons, among others: (i) the Company filed periodic public reports with the SEC; and (ii) the Company regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures such as communications with the financial press, securities analysts, and other similar reporting services. Plaintiff and the Class relied on the price of the Company's

common stock, which reflected all information in the market, including the misstatements by Defendants.

91.    Based upon the foregoing, Plaintiff and the Class are entitled to a presumption of reliance upon the integrity of the market.

## NO SAFE HARBOR

92.    The statutory safe harbor provided for forward-looking statements under certain conditions does not apply to any of the allegedly false statements pleaded in this Complaint. The specific statements pleaded herein were not identified as forward-looking statements when made.

93.    To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

## COUNT I

**(Violations of Section 10(b) of the Exchange Act and
Rule 10b-5 Promulgated Thereunder Against All Defendants)**

94.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

95.    This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

96.    During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose the material facts necessary

to make the statements made, in light of the circumstances under which they were made, not misleading.

97.    Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's common stock. Plaintiff and the Class would not have purchased the Company's common stock at the price paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

98.    By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

## COUNT II

**(Violations of Section 20(a) of the Exchange Act Against The Individual Defendants)**

99.    Plaintiff repeats and re-alleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

100.    During the Class Period, the Individual Defendants participated in the operation and management of Nikola, and conducted and participated, directly and indirectly, in the conduct of Nikola's business affairs. Because of their senior positions, they knew the adverse non-public information about Nikola's operations and false financial statements.

101.    As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Nikola's financial condition and results of operations, and to correct promptly any public statements issued by Nikola which had become materially false or misleading.

102.    Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Nikola disseminated in the marketplace during the Class Period concerning Nikola's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Nikola to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of Nikola within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Nikola securities.

103.    Each of the Individual Defendants, therefore, acted as a controlling person of Nikola. By reason of their senior management positions and/or being directors of Nikola, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Nikola to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of Nikola and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

104.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Nikola.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.      Determining that this action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.    Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the conduct alleged herein;

C.    Awarding Plaintiff and the Class prejudgment and postjudgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.    Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on claims so triable.

Dated: November 10, 2020

**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**

By: */s/Andrew S. Friedman*
    Andrew S. Friedman (005425)
    afriedman@bffb.com
    Francis J. Balint, Jr. (007669)
    fbalint@bffb.com
    William F. King (023941)
    bking@bffb.com
    2325 East Camelback Road, Suite 300
    Phoenix, AZ 85016
    Telephone: (602) 274-1100

    Edward F. Haber (pro hac vice forthcoming)
    Ian J. McLoughlin (pro hac vice forthcoming)
    Adam M. Stewart (pro hac vice forthcoming)
    **Shapiro Haber & Urmy LLP**
    Two Seaport Lane
    Boston, MA 02210
    Telephone: (617) 439-3939
    ehaber@shulaw.com
    imcloughlin@shulaw.com
    astewart@shulaw.com

    Robert C. Schubert (pro hac vice forthcoming)
    Dustin L. Schubert (pro hac vice forthcoming)
    Noah M. Schubert (pro hac vice forthcoming)

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
rschubert@sjk.law
dschubert@sjk.law
nschubert@sjk.law

*Attorneys for Plaintiff*

COMPLAINT